UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ALVIN DA'VON THOMPSON                                                    PETITIONER

V.                                             CIVIL ACTION NO. 4:09cv135-DPJ-FKB

JAMES HOLMAN, et al.                                                    RESPONDENTS

ORDER

This cause came on this date to be heard upon the Report and Recommendation [23] of the United States Magistrate Judge, after referral of hearing by this Court. Magistrate Judge Ball recommended denial of Thompson's petition for writ of habeas corpus. Thompson did not file an Objection to the Report and Recommendation, and the time to do so has now passed. The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 4th day of February, 2013.

                                            s/ *Daniel P. Jordan III*
                                            UNITED STATES DISTRICT JUDGE