UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ALVIN DA'VON THOMPSON                                        PETITIONER

V.                                         CIVIL ACTION NO. 4:09cv135-DPJ-FKB

JAMES HOLMAN, et al.                                     RESPONDENTS

CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

> A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

**SO ORDERED AND ADJUDGED** this the 4th day of February, 2013.

                                                             s/ *Daniel P. Jordan III*
                                                             UNITED STATES DISTRICT JUDGE